IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JERRY J. RITCHIE,  )
 )
    Plaintiff,  )
 )
v.  )   Case No. CIV-15-1105-M
 )
OKLAHOMA COUNTY DETENTION  )
FACILITY,  )
 )
    Defendant.  )

## ORDER

On October 22, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983 alleging a deprivation under the Fourteenth Amendment.[1] The Magistrate Judge recommended that this cause of action be dismissed upon filing for failure to state a claim upon which relief can be granted. Plaintiff was advised of his right to object to the Report and Recommendation by November 11, 2015. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation [docket no. 7] issued by the Magistrate Judge on October 22, 2015; and

(2)   DISMISSES plaintiff's Complaint [docket no. 1] for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED this 24th day of November, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff actually alleged that he had suffered a deprivation of his "4th Amendment Civil Rights" (See Complaint [docket no. 1] at 2); however, the Magistrate Judge found that based on plaintiff's allegations plaintiff was actually alleging a deprivation under the Fourteenth Amendment.